UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Gary Carter

                Plaintiff,

v.                                      Case No.: 1:19–cv–05038
                                                           Honorable John Z. Lee

Berje, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2020:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the notice of dismissal, Defendants Kerry, Inc. and Sigma–Aldrich, Inc. are dismissed without prejudice, with each party to bear their own costs. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.