# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Gary Carter

                Plaintiff,

v.                                                Case No.: 1:19–cv–05038

                                                      Honorable John Z. Lee

Berje, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 3/12/20. Defendant Elan Chemical Company, Inc., is dismissed with prejudice with each side to bear their own fees and costs. Motion for withdrawal and substitution of counsel [97] is granted. Dawn Canty and Kristin Foster are granted leave to withdraw as counsel. The parties are to exchange MIDP disclosures by 4/17/20; initial written discovery requests are to be served by 5/8/20; the deadline to amend the pleadings and join parties is 7/17/20. Fact discovery shall close on 9/30/20; discovery as to the medical treaters will close on 12/31/20. Status hearing set for 7/15/20 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.