UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gary Carter

                Plaintiff,

v.                                                   Case No.: 1:19−cv−05038

                                                         Honorable John Z. Lee

Berje, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 3, 2020:

      MINUTE entry before the Honorable John Z. Lee: Third−Party Defendant Kerry, Inc.'s ("Kerry") unopposed motion for a finding of a good faith settlement with Fona International, Inc. ("Fona") is granted [156]. Kerry and Fona have negotiated a settlement in good faith regarding Fona's third−party complaint against Kerry for implied indemnity and contribution. The terms of the settlement were disclosed to all parties in this litigation. While the Court provided all parties an opportunity to object to Kerry's motion, none have done so. Accordingly, having reviewed the totality of the circumstances, the Court approves the settlement and finds that the settlement has been made in good faith under the Illinois Joint Tortfeasor Contribution Act. Kerry is hereby dismissed as a third−party defendant, and its motion to transfer [120] is stricken as moot.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.