# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gary Carter, et al.

                Plaintiff,

v.

Berje, Inc., et al.

                Defendant.

Case No.: 1:19−cv−05038

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 21, 2021:

    MINUTE entry before the Honorable John Z. Lee: In response to the rule to show cause, Plaintiff has provided proof of service as to Gamay Foods, Inc. and Penta Mfg. Co. and notes that Citrus & Allied Essences, Ltd. should have been dismissed with prejudice pursuant to the parties' settlement of all claims [198]. Accordingly, the rule to show cause [197] issued on May 6, 2021, has been satisfied. Citrus & Allied Essences, Ltd. is dismissed from this case with prejudice and without costs. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.