UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| GARY CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-05038 |
| v. | ) | |
| | ) | Honorable John Z. Lee |
| BERJE, INC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CENTROME, INC., D/B/A ADVANCED BIOTECH'S UNOPPOSED MOTION FOR GOOD FAITH FINDING OF SETTLEMENT AND DISMISSAL**

COMES NOW Defendant Centrome, Inc., d/b/a Advanced Biotech ("Centrome"), by and through its undersigned counsel, and for its Motion for Good Faith Finding and Dismissal, pursuant to 740 ILCS 100/2 et seq. of the Illinois Contribution Among Joint Tortfeasors Act and for an Order dismissing Centrome from all further liability as to Plaintiff Gary Carter ("Plaintiff") and any and all existing or potential joint tortfeasors, states as follows:

1. Plaintiff filed this lawsuit against Centrome and the other named defendants asserting negligence and strict liability claims arising from Plaintiff's alleged exposure to "diacetyl, 2,3 pentanedione (acetyl propionyl), 2,3 hexanedione, 2,3 heptanedione, and/or other diketones and flavoring chemicals" as an employee of Popz USA in South Carolina, from 1999 to 2018. Plaintiff's claims in the lawsuit are all premised on the allegations that Centrome and the other named defendants "designed, manufactured, supplied, and/or distributed" flavoring products that contained "diacetyl, 2,3 pentanedione (acetyl propionyl), 2,3 hexanedione, 2,3 heptanedione, and/or other diketones and flavoring chemicals" to Plaintiff's employer, Popz USA, in South Carolina.

2. Centrome has denied and continues to deny liability for any and all of Plaintiff's claims in this lawsuit.

3. Nonetheless, Centrome and Plaintiff, by and through their respective attorneys, have engaged in extensive settlement negotiations, and as a result, Centrome and Plaintiff have reached an accord, and a settlement agreement has been reached under which Plaintiff agreed to dismiss with prejudice any and all claims against Centrome.

4. Centrome, Plaintiff, and their respective attorneys believe that the settlement is fair and reasonable, resulted from good faith negotiations between the parties, and otherwise satisfies all of the requirements of a good faith settlement within the meaning of Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2.

5. Centrome has disclosed the settlement amount to those remaining parties who have not settled, and none of those parties have objected.

6. Centrome and Plaintiff reached a settlement of all claims for a sum that will be submitted in camera, if necessary, subject to release and dismissal of all claims brought or that could be brought against Centrome.

7. In light of the foregoing, Centrome respectfully requests this Honorable Court enter a final and appealable Order finding the settlement agreement between Centrome and Plaintiff was made in good faith within the meaning of the Illinois Joint Tortfeasor Contribution Act, and that all claims against Centrome in the present lawsuit, including but not limited to cross-claims, counter-claims and/or third-party claims are dismissed with prejudice.

WHEREFORE, Defendant Centrome, Inc., d/b/a Advanced Biotech and Plaintiff Gary Carter respectfully requests this Honorable Court enter a final and appealable Order finding the settlement agreement between Centrome and Plaintiff was made in good faith within the meaning

of the Illinois Joint Tortfeasor Contribution Act, and that all claims against Centrome in the present lawsuit, including but not limited to cross-claims, counter-claims and/or third-party claims are dismissed with prejudice.

/s/ M. Tucker Blaser
M. Tucker Blaser, IL Bar #6299116
BROWN & JAMES, P.C.
Richland Plaza I
525 W. Main St., Ste. 200
Belleville, Illinois  62220-1547
618/235-5590 (phone)
618/235-5591 (Fax)
*Attorneys for Defendant Centrome, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court on August 4, 2021 by using the CM/ECF system which will send notification to all counsel of record. Parties may access this filing through the Court's system.

/s/ M. Tucker Blaser

#25891690.1