## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gary Carter, et al.
                          Plaintiff,

v.                                                   Case No.: 1:19−cv−05038
                                                    Honorable John Z. Lee

Berje, Inc., et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 5, 2021:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff Carter and Defendant Centrome, Inc.'s (d/b/a Advanced Biotech) agreed motion for a finding of good faith settlement and for dismissal of all claims between plaintiff and Centrome, Inc. is granted [203]. Defendant Centrome, Inc. has disclosed the settlement amount to those remaining parties who have not settled and the remaining parties have not objected to the fairness of the settlement in light of Centrome, Inc.'s alleged culpability in this lawsuit. On these facts, the Court finds that the settlement has been negotiated and entered into in good faith and is within a reasonable range of Frutarom USA, Inc.'s fair share of potential liability. Accordingly, the Court hereby dismisses all claims against Centrome, Inc. and Centrome, Inc. is dismissed as a Defendant in this case.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.