
4396007M03

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY CARTER, ) | |
| ) | Case No. 1:19-cv-05038 |
| Plaintiff, ) | |
| ) | Judge John Z. Lee |
| v. ) | |
| ) | |
| BERJE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BERJE INCORPORATED'S UNOPPOSED MOTION
FOR GOOD FAITH FINDING OF SETTLEMENT AND DISMISSAL**

Defendant BERJE INCORPORATED, (hereinafter "Berje"), by and through its counsel, CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC, and for its Motion for Good Faith Finding and Dismissal, pursuant to 740 ILCS 100/2 et seq. of the Illinois Contribution Among Joint Tortfeasors Act and for an Order dismissing Berje from all further liability as to Plaintiff Gary Carter ("Plaintiff") and any and all existing or potential joint tortfeasors, states as follows:

1. Plaintiff filed this lawsuit against Berje and the other named defendants asserting negligence and strict liability claims arising from Plaintiff's alleged exposure to "diacetyl, 2,3 pentanedione (acetyl propionyl), 2,3 hexanedione, 2,3 heptanedione, and/or other diketones and flavoring chemicals" as an employee of Popz USA in South Carolina, from 1999 to 2018. Plaintiff's claims in the lawsuit are all premised on the allegations that Berje and the other named defendants "designed, manufactured, supplied, and/or distributed" flavoring products that contained "diacetyl, 2,3 pentanedione (acetyl propionyl), 2,3 hexanedione, 2,3 heptanedione, and/or other diketones and flavoring chemicals" to Plaintiff's employer, Popz USA, in South Carolina.

2. Berje has denied and continues to deny liability for any and all of Plaintiff's claims in this lawsuit.

3. Nonetheless, Berje and Plaintiff, by and through their respective attorneys, have engaged in extensive settlement negotiations, and as a result, Berje and Plaintiff have reached an accord, and a settlement agreement has been reached under which Plaintiff agreed to dismiss with prejudice any and all claims against Berje.

4. Berje, Plaintiff, and their respective attorneys believe that the settlement is fair and reasonable, resulted from good faith negotiations between the parties, and otherwise satisfies all of the requirements of a good faith settlement within the meaning of Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2.

5. Berje has disclosed the settlement amount to those remaining parties who have not settled, and none of those parties have objected.

6. Berje and Plaintiff reached a settlement of all claims for a sum that will be submitted in camera, if necessary, subject to release and dismissal of all claims brought or that could be brought against Berje.

7. In light of the foregoing, Berje respectfully requests this Honorable Court enter a final and appealable Order finding the settlement agreement between Berje and Plaintiff was made in good faith within the meaning of the Illinois Joint Tortfeasor Contribution Act, and that all claims against Berje in the present lawsuit, including but not limited to cross-claims, counter-claims and/or third-party claims are dismissed with prejudice.

WHEREFORE, Defendant Berje Incorporated and Plaintiff Gary Carter respectfully request this Honorable Court enter a final and appealable Order finding the settlement agreement between Berje and Plaintiff was made in good faith within the meaning of the Illinois Joint

Tortfeasor Contribution Act, and that all claims against Berje in the present lawsuit, including but not limited to cross-claims, counter-claims and/or third-party claims are dismissed with prejudice.

                                         Respectfully submitted,

                                         *Scott D. Pfeiffer*

                                         By: Scott D. Pfeiffer

Daniel K. Cray (ARDC #6180832)
Scott D. Pfeiffer (ARDC #6272869)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 W. Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8498
dkc@crayhuber.com
sdp@crayhuber.com
*One of the Attorneys for Berje Incorporated*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court on **November 10, 2021** by using the CM/ECF system which will send notification to all counsel of record. Parties may access this filing through the Court's system.

*Scott D. Pfeiffer*
By: Scott D. Pfeiffer