**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Gary Carter, et al.
                      Plaintiff,

v.                                                 Case No.: 1:19−cv−05038
                                               Honorable John Z. Lee

Berje, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 12, 2021:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff Carter and Defendant Berje, Inc.'s ("Berje") agreed motion for a finding of good faith settlement and for dismissal of all claims between plaintiff and Berje is granted [212]. Defendant Berje has disclosed the settlement amount to those remaining parties who have not settled and the remaining parties have not objected to the fairness of the settlement in light of Berje's alleged culpability in this lawsuit. On these facts, the Court finds that the settlement has been negotiated and entered into in good faith and is within a reasonable range of Berje's fair share of potential liability. Accordingly, the Court hereby dismisses all claims against Berje, and Berje is dismissed as a Defendant in this case. Plaintiff shall file a status report listing any remaining defendant in this case on or before November 18, 2021. The Court notes that, as to certain Defendants, Plaintiff has not filed on the docket the execution of service of process. If such execution document is not filed on or before November 18, 2021, any such Defendant will be dismissed for failure to serve process under Federal Rule of Civil Procedure 4(m). Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.