**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Gary Carter, et al.

                              Plaintiff,

v.                                                            Case No.: 1:19–cv–05038
                                                              Honorable John Z. Lee

The Edlong Corporation, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 15, 2022:

        MINUTE entry before the Honorable John Z. Lee:The Court has reviewed the status report. The Court is informed that Plaintiff and the remaining Defendant The Edlong Corporation have reached a settlement and request additional time to allow for payment. In light of the foregoing, this case is dismissed without prejudice. The dismissal shall become with prejudice on 9/30/22 with each side to bear its own costs and fees. Either side can seek to reinstate the case prior to that time. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.